
    
         1  Mark Reaman, in his capacity as editor of the Crested Butte News, Petitioner/Cross-Respondent  v.  Andrew Brookhart, in his official capacity as the executive director and custodian of records of the Gunnison County Library District. Respondent/Cross-Petitioner No. 23SC823Supreme Court of Colorado, En BancJuly 22, 2024
  Court of Appeals Case No. 22CA1119 
 
  Petition and Cross-Petition for Writ of Certiorari DENIED. 
  CHIEF JUSTICE BOATRIGHT would grant as to the following issues: 
  Whether the Colorado court of appeals erred as a matter of law when it concluded that individuals who submitted Request for Reconsideration Forms to a library meet the definition of a "user" of a library "service" as defined in section 24-72-204(3)(a)(VII), C.R.S. (2023), and section 24-90-119, C.R.S (2023). 
  Whether the Colorado court of appeals erred as a matter of law in holding that identifying information of a person who submits a Request for Reconsideration Form to a library must be redacted from the form if it is produced under section 24-72-204(3)(a)(VII), C.R.S. (2023), because the member of the public qualifies as a library "user," as such term is employed in that statute and section 24-90-119, C.R.S. (2023). 
  Whether the court of appeals erred as a matter of law in applying the rules of statutory construction by ignoring the plain meaning of and legislative intent for section 24-72-204(3)(a)(VII), C.R.S. (2023), and section 24-90-119, C.R.S. (2023), and instead construed these statutes in a manner that engrafts an overly broad, impracticable, and absurd construction that the Colorado General Assembly could not have intended. 
    
